1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7   ERIC RICHARD TOWNSEL,

No. C16-5305 RBL-KLS

8                                      Petitioner,

ORDER ADOPTING REPORT AND
RECOMMENDATION

9         v.

10   DONALD HOLBROOK,

11                                      Respondent.

12        The Court, having reviewed the petition for writ of habeas corpus, the response, the

13   Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report

14   and Recommendation, which included all of the documents the Petitioner refers to in his Motion

15   [Dkt. #30], and the remaining record, does hereby find and **ORDER**:

16        (1)   The Court adopts the Report and Recommendation [Dkt. #28].

17
18        (2)   Respondent's motion to dismiss (Dkt. 16) is **GRANTED.**

19        (3)   The petition for writ of habeas corpus [Dkt. #1] is **DISMISSED without prejudice**.

20
21        (4)   Petitioner's Objection to the Report and Recommendation [Dkt. #29] and attached exhibits have been reviewed by the Hon. Ronald B. Leighton.

22        (5)   All pending motions are **DENIED.**

23
24
25
26

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(6)     The Clerk is directed to send copies of this Order to Petitioner, counsel for
         Respondent and to the Hon. Karen L. Strombom.


**DATED** this 19th day of September, 2016.




Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2